

Nixon Peabody LLP
275 Broadhollow Road, Suite 300
Melville, NY  11747-4808

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Christopher J. Moro**
Counsel

T / 516.832.7632
F / 844.544.7435
cmoro@nixonpeabody.com

June 23, 2026

***VIA ECF***

Hon. Arun Subramanian, U.S.D.J.
United States District Court for the
 Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> **RE:**   ***Yuri Job v. City University of New York, et al.***
> **No. 26-cv-00569 (AS)(HJR)**

Dear Judge Subramanian:

This firm represents defendant Research Foundation of The City University of New York ("RFCUNY") in connection with the above-referenced matter.  We write to seek clarity regarding the status of RFCUNY's motion to dismiss in light of Your Honor's order granting Plaintiff, Yuri Job, leave to amend his complaint for the sole purpose of adding defendant Hazel Carter as a party to this action.

By way of background, RFCUNY moved to dismiss Plaintiff's Complaint on January 27, 2026.  [ECF Doc. Nos. 7-9].  In response, Plaintiff filed a letter asking the Court for leave to file a First Amended Complaint.  [ECF Doc. No. 13].  Your Honor granted that request and directed RFCUNY to "submit a letter to supplement any new arguments raised by the amended complaint, which the Court will consider with its motion to dismiss."  [ECF Doc. No. 14]. Plaintiff filed his First Amended Complaint on March 2, 2026 [ECF Doc. No. 15], and RFCUNY submitted a letter outlining its arguments for dismissal of the First Amended Complaint on March 16, 2026 [ECF Doc. No. 16].  On April 6, 2026, Plaintiff filed a brief in opposition to RFCUNY's motion to dismiss [ECF Doc. No. 19], and on April 20, 2026, RFCUNY filed its reply brief in further support of its motion to dismiss the First Amended Complaint [ECF Doc. No. 22].  On April 29, 2026, the Court issued an order referring RFCUNY's motion to dismiss to the Hon. Henry J. Ricardo, U.S.M.J., for a report and recommendation. [ECF Doc. No. 23].

On May 15, 2026, Plaintiff filed a letter requesting leave to file a Second Amended Complaint for the sole purpose of adding Hazel Carter as a defendant in this action. [ECF Doc. No. 25].  On May 19, 2026, Your Honor granted Plaintiff's request, stating that "Plaintiff is permitted to file a Second Amended Complaint solely to add Hazel Carter as a named defendant in the Caption."  [ECF Doc. No. 26].  Plaintiff did so on May 20, 2026.  [ECF Doc. No. 27].  RFCUNY's motion to dismiss the First Amended Complaint has not been denied as moot following Plaintiff's filing of the Second Amended Complaint.

Hon. Arun Subramanian, U.S.D.J.
June 23, 2026
Page 2 of 2

Now that Plaintiff has filed a Second Amended Complaint, RFCUNY writes to inquire whether Your Honor deems RFCUNY's motion to dismiss the First Amended Complaint as pending against the Second Amended Complaint because Plaintiff was permitted to amend "solely to add Hazel Carter as a named defendant in the Caption," or whether Your Honor would prefer the parties to refile their motion papers, exactly as previously submitted, against the Second Amended Complaint.  To the extent Your Honor prefers that the parties re-file their motion papers as against the Second Amended Complaint, RFCUNY respectfully requests leave to do so within one week of a response to this letter.

Respectfully submitted,

Christopher J. Moro

cc:    All counsel of record

Because plaintiff has filed a second amended complaint, RFCUNY's motion to dismiss, Dkt. 7, is DENIED AS MOOT. RFCUNY may re-file its motion papers as against the second amended complaint by **July 1, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 23, 2026