**THE LAW OFFICES OF ALBERT VAN-LARE**
**125 MAIDEN LANE, SUITE 510, NEW YORK, NEW YORK 10038**
Tel. 212 608-1400 Fax 877-505-6103 Email vanlareesq@aol.com

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

July 20, 2026

**RE: 1:26-cv-00569-AS; *Yuri Job v. City of New York, et al.***
***Letter-Motion Request Regarding Defendants Motion to Dismiss Second Amended Complaint***

Dear Honorable Judge Arun Subramanian,

I represent the Plaintiff in the above matter. Plaintiff respectfully submits this letter motion concerning Defendant Research Foundation of the City University of New York's ("RFCUNY") filing of a new motion to dismiss the Second Amended Complaint at Docket No. 41, contrary to the order of this Court. On May 15, the Court granted Plaintiff leave to file the Second Amended Complaint solely for the purpose of adding Professor Hazel Carter as a defendant. Plaintiff did not add any new factual allegations or claims beyond those authorized by the Court. See Docket No. 25.

On May 20, 2026, the Second Amended Complaint was filed; see Docket No. 27. On June 23, 2026, RFCUNY specifically requested permission to refile its previously submitted motion papers against the Second Amended Complaint that were previously filed against the First Amended Complaint. Docket No. 33. The Court granted that request by an Order dated June 23, 2026, informing Defendant RFCUNY to re-file its motion papers as against the second amended

complaint by **July 1, 2026**. The Court did not authorize RFCUNY to prepare and file an entirely new motion to dismiss.

Nevertheless, on July 1, 2026, RFCUNY filed a new motion to dismiss at Docket No. 41. That filing materially differs from the motion papers RFCUNY previously submitted in response to the First Amended Complaint and exceeds the relief authorized by the Court's June 23, 2026, Order. The procedural history of this matter further demonstrates that RFCUNY had already been given an opportunity to file a new motion. On February 19, 2026, the Court ordered that RFCUNY could either: (1) respond to the amended complaint by filing a new motion to dismiss or an answer, thereby mooting its then-pending motion; or (2) submit a supplemental letter addressing any new arguments raised by the amended complaint, which the Court would consider together with its existing motion to dismiss. See Docket No. 14. RFCUNY elected the second option and submitted a supplemental letter rather than filing a new motion to dismiss. See Docket No. 16.

Allowing RFCUNY's new motion that was not authorized by the court to proceed would provide Defendant with an unfair litigation advantage by permitting it to revise and expand arguments after having already reviewed Plaintiff's opposition to its earlier motion. The differences between RFCUNY's prior motion papers, filed on January 27, 2026 at Docket No. 9, and its newly filed papers, filed on July 1, 2026 at Docket No. 41, are identified in the comparison attached as Exhibit A. Accordingly, Plaintiff respectfully requests that the Court strike or otherwise disregard RFCUNY's newly filed motion at Docket No. 41 and direct RFCUNY to refile the same motion papers it previously submitted in response to the First Amended Complaint as its responsive motion to the Second Amended Complaint. Alternatively, should the Court permit RFCUNY's new motion to dismiss to remain pending, Plaintiff respectfully requests ten days from

the date of the Court's Order resolving this letter motion to file an opposition to the motion at Docket No. 41.

Thank you for your consideration.

Respectfully submitted,

Albert Van-Lare

Via ECF:
**Nixon Peabody LLP**
Christopher J. Moro
Peter F. Wilms
275 Broadhollow Road, Suite 300
Melville, NY 11747
Telephone: (516) 832-7500
cmoro@nixonpeabody.com
pwilms@niconpeabody.com
*Attorneys for Defendant Research Foundation of the City University of New York*

GRANTED IN PART. Plaintiff's opposition to RFCUNY's motion to dismiss, Dkt. 41, is now due by **July 30, 2026.**

The Clerk of Court is respectfully directed to terminate the motions at Dkt. 42 and 43.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 20, 2026