UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI JOB,

Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, et al,

Defendants.

26-CV-569 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Under the Court's Individual Practices in Civil Cases, opposition to letter-motions should ordinarily be filed within two business days. On October 14, 2026, Defendants City University of New York and Hazel Carter filed a letter-motion to stay discovery pending disposition of their pending motion to dismiss the Second Amended Complaint. Dkt. 54. Should plaintiff oppose this motion, he should file his opposition on or before October 21, 2026.

SO ORDERED.

Dated: October 19, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge