UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURI JOB,

Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, et al.,

Defendants.

26-CV-569 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants CUNY and Hazel Carter moved to stay discovery pending the resolution of their motion to dismiss. Dkt. 54. Defendant RFCUNY joined the request pending resolution of their own motion to dismiss, and in the alternative requested the Court so-order a new Case Management Plan for discovery. Dkt. 55.

"District courts have discretion to stay discovery for good cause pending resolution of a motion to dismiss." *Smith v. Akela Contracting LLC*, 2025 WL 2961468, at *2 (S.D.N.Y. Oct. 20, 2025) (internal quotation marks omitted). The Court finds that good cause exists for a discovery stay based on the strength of the motions to dismiss, the breadth and burden of potential discovery, and the relative prejudice to the plaintiff. *See id.*

CUNY, Carter, and RFCUNY's motions to stay discovery pending resolution of their motions to dismiss, Dkts. 54 and 55, are GRANTED. RFCUNY's request for an extension of time to complete discovery, Dkt. 55, is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 54 and 55.

SO ORDERED.

Dated: October 22, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge